UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISRAEL PERL,

                Plaintiff,                       ORDER OF SERVICE

    -against-                                11 Civ. 7347 (KBF)

AMERICAN EXPRESS,

                Defendant.
------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

        The Clerk of Court is directed to issue a Summons in this action, and Plaintiff is directed to serve the Summons and Complaint upon the Defendant within 120 days. See Fed. R. Civ. P. 4(m). If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

        SO ORDERED:

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge

Dated: 11/1/11
        New York, New York